THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUFACTURERS CASUALTY INSURANCE COMPANY et al., Appellants.— In our opinion, sections 595 and 597 of the Code of Criminal Procedure are applicable to recognizances furnished by or on behalf of material witnesses, pursuant to section 618-b of the Code of Criminal Procedure. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. HUNT, Respondent, against THOMAS McDONNELL, as Warden of New York City Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— No opinion. Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur. [201 Misc. 406.]